WILLIAM B. CLARKE, Respondent, v RAFAEL RODRIGUEZ, Appellant.

Submitted November 7, 2011; decided January 5, 2012

Reported below, 73 AD3d 677.

Motion for reargument dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 16 NY3d 815 (2011)].

LISA L. DEVER, Appellant, v MARK DEVITO et al., Respondents.

Submitted September 26, 2011; decided January 5, 2012

Reported below, 84 AD3d 1539.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GLOBAL REINSURANCE CORPORATION-U.S. BRANCH, Formerly Known as GERLING GLOBAL REINSURANCE CORPORATION-U.S. BRANCH, Respondent, v EQUITAS LTD. et al., Appellants.

Submitted January 3, 2012; decided January 5, 2012

Reported below, 82 AD3d 26.

Motion by Society of Lloyd's for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of HAILEY ZZ., a Child Alleged to be Permanently Neglected. TOMPKINS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RICKY ZZ., Appellant.

Submitted December 12, 2011; decided January 5, 2012

Reported below, 85 AD3d 1265.

Motion by Legal Aid Bureau of Buffalo, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.